# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS (CIVIL CASES)

APPELLATE NO. _____

(To be filled in by COA)

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2015 8:34:00 AM
DEBBIE AUTREY
Clerk

TRIAL COURT NO. ___CV03291___

Gary Martino

(Appellant)

IN THE 102nd COURT

VS.

OF

Janine Lauren

RED RIVER COUNTY, TEXAS

The records of my office reflect the following information in this case:

CASETYPE: JP appeal

JUDGMENT OR APPEALABLE ORDER SIGNED: 09/21/2015

MOTION FOR NEW TRIAL FILED: 09/28/2015

NOTICE OF APPEAL FILED: 12/21/2015

REQUEST FOR FINDINGS OF FACT: n/a

DATE REQUEST FOR REPORTER'S RECORD FILED: n/a

PRESIDING TRIAL COURT JUDGE: Bobby Lockhart

TRIAL COURT REPORTER(S): Melanie Harris

WAS APPELLANT DECLARED INDIGENT?: _____ YES ___X___ NO

APPELLANT'S COUNSEL IS: Retained X   Appointed_____   Pro Se_____

APPELLANT'S ATTORNEY: Michael Mosher

ADDRESS: 50 N. Main, Paris, TX 75460

TELEPHONE: (903)785-4721   FAX: (903)785-5319

STATE BAR CARD NO. 14580100

APPELLEE'S ATTORNEY: G. Stanley Cramb

ADDRESS: 1600 Airport Freeway, Ste. 370, Bedford, TX

TELEPHONE: (817) 282-0281    FAX: (817) 280-9668 '76022

STATE BAR CARD NO.: 05000600

DATED THIS 29th DAY OF December, 20 15

Janice Gentry
CLERK

BY: Dar Lasate
DEPUTY CLERK

Complete in duplicate- Original to 6th Court of Appeals
Bi- State Justice Bldg.
100 N. State Line Ave. #20
Texarkana, TX 75502

***PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO
THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION
IS COMPLETE. THANK YOU.

Filed 12/21/2015 12:20:52 PM
Janice Gentry
District Clerk
Red River County, Texas
Reviewed By: Dorie Logsdon

## CAUSE NO. CV03291

| | | |
|---|---|---|
| JANINE LAUREN,<br>PLAINTIFF | §<br>§<br>§ | IN THE 102ND DISTRICT COURT |
| VS. | §<br>§ | OF |
| GARY MARTINO<br>DEFENDANT | §<br>§<br>§ | RED RIVER COUNTY, TEXAS |

## NOTICE OF APPEAL

Gary Martino, Respondent, files this Notice of Appeal in the above styled and numbered cause pursuant to Rule 26.2(a)(2) of the Texas Rules of Appellate Procedure.

## I. JUDGMENT

The Order of Reinstatmenet Nunc Pro Tunc was entered in this case on September 21, 2015 by Judge Bobby Lockhart.

## II. NOTICE OF APPEAL

Respondent hereby gives notice of appeal to the Court of Appeals for the Sixth Judicial District at Texarkana, Texas.

Respectfully submitted,

THE LAW OFFICE OF
MICHAEL D. MOSHER

/s/ Michael D. Mosher
MICHAEL D. MOSHER
STATE BAR NO. 14580100
50 NORTH MAIN
PARIS, TEXAS 75460
(903) 785-4721 TELEPHONE
(903) 785-5319 FAX

DATE: December 21, 2015

NOTICE OF APPEAL
PAGE 1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served in accordance with the Texas Rules of Civil Procedures on December 21, 2015.

/s/ Michael D. Mosher